**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
K.W., on behalf of himself and his
infant child, K.A.,

                Plaintiffs,

   -against-                                       22 **CIVIL** 8889 (NRB)

                                                         **<u>JUDGMENT</u>**

THE CITY OF NEW YORK, AMAR MOODY,
THE CHILDREN'S AID SOCIETY, and BRIAN
GOMEZ,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 7, 2024, the Judgment is entered for all defendants, and the case is closed.

**Dated:** New York, New York

      November 8, 2024

                                                     **DANIEL ORTIZ**
                                             **Acting Clerk of Court**

                             **BY:**  _____
                                                 **Deputy Clerk**